# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

ALAN MICHAEL FELT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1003

———————————————

June 14, 2024

Appeal from the Circuit Court for Sarasota County; Lee E. Haworth, Senior Judge.

Howard L. Dimmig, II, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and VILLANTI and KHOUZAM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.